UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

v.

D.C. Government

    Defendant.
_____/

No. MC-14-80044 EMC

**ORDER REJECTING COMPLAINT**

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the "D.C. Government" alleging that the use of "nine-millimeter handgun and other high-powered weapons," apparently by police, violates the Eighth Amendment. He alleges that similar guns have been used to kill Trayvon Martin and to shoot former Representative Gabrielle Giffords. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

    IT IS SO ORDERED

Dated: March 5, 2014

_____
EDWARD M. CHEN
United States District Judge